# UNITED STATES DISTRICT COURT
## District of Idaho

### Amended Exhibit List

| | |
|---|---|
| Case Name: **UNITED STATES** vs. **WILLIAM ROGER WILKINSON** | Plaintiff's Attorney: Justin Whatcott, Joshua Hurwit |
| | Defendant's Attorney: Thomas Monaghan, Samuel Richard Rubin |
| Docket No.: CR-14-0168-S-BLW | Courtroom Deputy: Jaime Bracke |
| Trial Dates: October 23, 2015 | |
| Presiding Judge: Honorable B. Lynn Winmill | Court Reporter: Tammy Hohenleitner |
| Party Offering Exhibits: United States | |

### Instructions

➢ Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
➢ A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with "ADM." A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
➢ Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
➢ More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1001 | 10/27 | | FND | ADM ~~Sustain~~ | 11/3/12 SE Image (Carved [18194432].jpg) | |
| 1001a | 10/27 | | FO | ADM | EXIF Data of 11/13/12 SE Image | |
| 1001b | 10/28 | X | | ADM | Google Earth Result of 11/13/12 SE Image | |
| 1002 | 10/27 | | x | ADM | 11/3/12 SE Image (Carved[29097984].jpg) | |
| 1002a | 10/27 | | x | ADM | EXIF Data of 11/13/12 SE Image | |
| 1002b | 10/28 | X | | ADM | Google Earth Result of 11/13/12 SE Image | |
| 1003 | 10/26 | X | | ADM | 11/3/12 Photo of H.H. sleeping in bed | |
| 1003a | 10/27 | X | | ADM | EXIF Data of 11/3/12 Photo of H.H. sleeping in bed | |
| 1003b | 10/28 | X | | ADM | Google Earth Result of 11/3/12 Photo of H.H. | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | sleeping in bed | |
| 1004 | 10/26 | X | | AOM | 11/3/12 Photo of H.H., J.V.C., and Defendant in bed | |
| 1004a | 10/27 | X | | AOM | EXIF Data of 11/3/12 Photo of H.H., J.V.C., and Defendant in bed | |
| 1004b | 10/28 | X | | AOM | Google Earth Result of 11/3/12 Photo of H.H., J.V.C., and Defendant in bed | |
| 1005 | 10/26 | X | | AOM | 11/3/12 Photo of H.H. sleeping in bed | |
| 1005a | 10/27 | X | | AOM | EXIF Data of 11/3/12 Photo of H.H. sleeping in bed | |
| 1005b | 10/28 | X | | AOM | Google Earth Result of 11/3/12 Photo of H.H. sleeping in bed | |
| 1006 | 10/27 | | X | AOM | 11/3/12 SE Image (Carved[23326720].jpg) | |
| 1006a | 10/27 | X | | AOM | EXIF Data of 11/3/12 Photo of H.H. in bed | |
| 1006b | 10/28 | X | | AOM | Google Earth Result of 11/3/12 Photo of H.H. in bed | |
| 1007 | 10/26 | X | | AOM | 11/3/12 SE Image (Carved [37048320].jpg) | |
| 1007a | 10/27 | | X | AOM | EXIF Data of 11/3/12 SE Image | |
| 1007b | 10/28 | X | | AOM | Google Earth Result 11/3/12 SE Image | |
| 1008 | 10/27 | | X | AOM | 11/3/12 SE Image (Carved [53030912].jpg) | |
| 1008a | 10/27 | X | | AOM | EXIF Data of 11/3/12 SE Image | |
| 1008b | 10/28 | X | | AOM | Google Earth Result of 11/3/12 SE Image | |
| 1009 | 10/27 | | X | AOM | 11/3/12 SE Image (Carved [28684288].jpg) | |
| 1009a | 10/27 | X | | AOM | EXIF Data of 11/3/12 SE Image | |
| 1009b | 10/28 | X | | AOM | Google Earth Result of 11/3/12 SE Image | |
| 1010 | 10/27 | | X | AOM | 11/3/12 SE Image (Carved [35606528].jpg) | |
| 1010a | 10/27 | X | | AOM | EXIF Data of 11/3/12 SE Image | |
| 1010b | 10/28 | X | | AOM | Google Earth Result of 11/3/12 SE Image | |
| 1011 | 10/26 | X | | AOM | 11/3/12 Image of H.H. & J.V.C. in room | |
| 1008c | 10/28 | X | | AOM | EXIF Data correct printout for 1008 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1011a | 10/27 | X | | AOM | EXIF Data of 11/3/12 Image of H.H. & J.V.C. in room | |
| 1012 | 10/26 | X | | AOM | 11/3/12 Image of H.H. & J.V.C. in room | |
| 1012a | 10/27 | X | | AOM | EXIF Data of 11/3/12 Image of H.H. & J.V.C. in room | |
| 1013 | 10/26 | X | | AOM | 12/9/12 SE Image (Carved[3432448].jpg) | |
| 1013a | 10/27 | X | | AOM | EXIF Data of 12/9/12 SE Image | |
| 1013b | 10/28 | X | | AOM | Google Earth Result of 12/9/12 SE Image | |
| 1014 | 10/27 | | X | AOM | 12/9/12 SE Image (Carved[70000512].jpg) | |
| 1014a | 10/27 | X | | AOM | EXIF Data of 12/9/12 SE Image | |
| 1014b | 10/28 | X | | AOM | Google Earth Result of 12/9/12 SE Image | |
| 1015 | 10/27 | | X | AOM | 12/9/12 SE Image (Carved[7794688].jpg) | |
| 1015a | 10/27 | X | | AOM | EXIF Data of 12/9/12 SE Image | |
| 1015b | 10/28 | X | | AOM | Google Earth Result of 12/9/12 SE Image | |
| 1016 | 10/27 | | X | AOM | 12/9/12 SE Image (Carved[4661248].jpg) | |
| 1016a | 10/27 | X | | AOM | EXIF Data of 12/9/12 SE Image | |
| 1016b | 10/28 | X | | AOM | Google Earth Result of 12/9/12 SE Image | |
| 1017 | 10/26 | X | | AOM | 12/9/12 SE Image (Carved[8998912].jpg) | |
| 1017a | 10/27 | X | | AOM | EXIF Data of 12/9/12 SE Image | |
| 1017b | 10/28 | X | | AOM | Google Earth Result of 12/9/12 SE Image | |
| 1018 | 10/26 | X | | AOM | 3/3/13 SE Video | |
| 1018a | 10/26 | X | | AOM | Still image 1 from 3/3/13 SE Video | |
| 1018b | | | | | Still image 2 from 3/3/13 SE Video | |
| 1018c | | | | | Still image 3 from 3/3/13 SE Video | |
| 1018d | | | | | Still image 4 from 3/3/13 SE Video | |
| 1018e | | | | | Still image 5 from 3/3/13 SE Video | |
| 1019 | 10/28 | X | | AOM | 3/3/13 Video | |
| 1019a | shown not offered | | | | Still image 1 from 3/3/13 Video | |
| 1020 | 10/28 | X | | AOM | SE Image "Ali" series | |
| 1021 | 10/28 | X | | AOM | SE Image "Angela" series | |
| 1022 | 10/28 | X | | AOM | SE Image "Jansocks" series | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1023 | 10/28 | X | | AOM | Se Image "Tweety" series | |
| 1024 | 10/27 | X | | AOM | Image of H.H. and J.V.C. eating | |
| 1024a | | | | | EXIF Data of Image of H.H. and J.V.C. eating | |
| 1024b | | | | | Google Earth Result of Image of H.H. and J.V.C. eating | |
| 1025 | | | | | Image of H.H. and J.V.C. eating | |
| 1025a | | | | | EXIF Data of Image of H.H. and J.V.C. eating | |
| 1025b | | | | | Google Earth Result of Image of H.H. and J.V.C. eating | |
| 1026 | 10/27 | X | | AOM | Image of H.H. and J.V.C. outside | |
| 1026a | | | | | EXIF Data of Image of H.H. and J.V.C. outside | |
| 1026b | | | | | Google Earth Result of Image of H.H. and J.V.C. outside | |
| 1027 | 10/27 | X | | AOM | Image of H.H. and J.V.C. close up | |
| 1028 | 10/26 | X | | AOM | Image of H.H. with Mickey Mouse | |
| 1028a | | | | | EXIF Data of Image of H.H. with Mickey Mouse | |
| 1029 | 10/26 | X | | AOM | Image of Defendant and H.H. at hot springs | |
| 1029a | | | | | EXIF Data of Image of Defendant and H.H. at hot springs | |
| 1030 | 10/27 | X | | AOM | USMS Image of D's tattoo | |
| 1031 | | | | | Photo of 159 East 620 North, Shoshone ID (from street) | |
| 1032 | 10/26 | X | | AOM | Photo of 159 East 620 North, Shoshone ID (close up) | |
| 1033 | | | | | Photo of 159 East 620 North, Shoshone ID (view of poles) | |
| 1034 | 10/26 | X | | AOM | AppleMacMini | |
| 1034a | 10/26 | X | | AOM | 5/24/13 SW Photo of Desk Area | |
| 1034b | 10/26 | X | | AOM | 5/24/13 SW Photo of MacMini | |
| 1034c | 10/27 | X | | AOM | Lukasik Photo of MacMini (top) | |
| 1034d | | | | | Lukasik Photo of MacMini (bottom) | |
| 1034e | 10/27 | X | | AOM | Lukasik Photo of MacMini (Apple Manuf. Label) | |
| 1034f | 10/27 | X | | AOM | Lukasik Photo of Seagate HD | |
| 1035 | | | | | Apple iPhone seized on 5/24/13 | |
| 1035a | | | | | 5/24/13 SW Photo of Apple iPhone | |
| 1036 | | | | | Apple iPhone seized on 5/24/13 | |
| 1036a | | | | | 5/24/13 SW Photo of Apple iPhone | |
| 1037 | | | | | Sony Handycam seized on 5/24/13 | |
| 1037a | | | | | 5/24/13 SW Photo of Sony Handycam | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1037b | | | | | Lukasik Photo of Sony Handycam | |
| 1038 | 10/26 | X | | AOM | Photo of Netgear wireless router seized on 5/24/13 | |
| 1038a | | | | | Photo of Sony Portable Video Player seized on 5/24/13 | |
| 1038b | | | | | Photo of Sony Portable Video Player seized on 5/24/13 | |
| 1039 | | | | | Briefcase with sex toys seized on 5/24/13 | |
| 1039a | 10/26 | X | | AOM | Photo of briefcase open with sex toys, underwear on 5/24/13 | |
| 1039b | 10/26 | X | | AOM | Photo of sex toys on 5/24/13 | |
| 1040 | 10/26 | X | | AOM | Pink Thong Underwear seized on 5/24/13 | |
| 1040a | 10/26 | X | | AOM | Photo of pink thong underwear seized on 5/24/13 | |
| 1041 | | | | | White bra seized on 5/24/13 | |
| 1041a | 10/26 | X | | AOM | Photo of white bra seized on 5/24/13 | |
| 1042 | 10/26 | X | | AOM | Photo of KY lubricant box and condoms in bathrooms drawers on 5/24/13 | |
| 1043 | 10/26 | X | | AOM | Photo of KY lubricant box seized on 5/24/13 | |
| 1044 | 10/26 | | Rel | Sustain | Photo of Box of condoms seized on 5/24/13  Reserve ruling | |
| 1045 | | | | | Photo of condoms seized on 5/24/13 | |
| 1046 | 10/26 | X | | AOM | Photo of Massager on nightstand on 5/24/13 | |
| 1047 | 10/26 | X | | AOM | Photo of H.H. room with Tucks on 5/24/13 | |
| 1048 | 10/26 | X | | AOM | Photo of Tucks Medicated Pads seized on 5/24/13 | |
| 1049 | 10/26 | X | | AOM | Photo of green suitcase on 5/24/13 | |
| 1050 | 10/26 | X | | AOM | Incest cartoons seized on 5/24/13 | |
| 1051 | 10/26 | X | | AOM | Photo of bed from 5/24/13 SW | |
| 1052 | 10/26 | X | | AOM | Photo of H.H. handwriting on mirror in bathroom on 5/24/13 | |
| 1053 | 10/26 | X | | AOM | SW Video from 5/24/13 | |
| 1054 | 10/26 | X | | AOM | iPhone seized from D on 5/24/13 | |
| 1055a | | | | | 11/27/13 Sw Photo of Apple Laptop | |
| 1055b | 10/27 | X | | AOM | 11/27/13 SW Photo of Apple Laptop | |
| 1055c | 10/26 | X | | AOM | Lukasik Photo of Apple Laptop   Limiting purpose ID | |
| 1055d | 10/27 | X | | AOM | Lukasik Photo of Apple Laptop HD | |
| 1055e | 10/27 | X | | AOM | Lukasik Photo of Apple Laptop HD | |
| 1056 | | | | | Apple iPhone seized on 11/27/13 | |
| 1056a | | | | | Photo of iPhone seized during 11/27/13 SW | |
| 1056b | | | | | Lukasik Photo of iPhone seized on 11/27/13 | |
| 1057 | 10/27 | X | | AOM | Nikon Camera seized on 11/27/13 | |
| 1055 | 10/27 | X | | AOM | Apple Laptop | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1057a | 10/27 | X | | AOM | Photo of Nikon Camera from 11/27/13 SW | |
| 1058 | 10/27 | X | | AOM | Photo of Truck from 11/27/13 SW | |
| 1059 | 10/27 | X | | AOM | Photo of VIN number of truck from 11/27/13 SW | |
| 1060 | 10/27 | X | | AOM | Photo of rear seat from driver's side door from 11/27/13 SW | |
| 1061 | 10/27 | X | | AOM | Photo of rear seat from passenger side door from 11/27/13 SW | |
| 1062 | 10/27 | X | | AOM | Photo of front passenger seat from 11/27/13 SW | |
| 1063 | 10/27 | X | | AOM | Photo of toiletries kit on front seat from 11/27/13 SW | |
| 1064 | | | | | Photo of portable DVD player from 11/27/13 SW | |
| 1065 | | | | | Photo of mail addressed to D from 11/27/13 SW | |
| 1066 | 10/27 | X | | AOM | Photo of tattoo from 11/27/13 SW | |
| 1067 | 10/27 | X | | AOM | Photo of Defendant's wallet in truck | |
| 1068 | | | | | CARES Video | |
| 1069 | | | | | CARES Transcript | |
| 1070 | | | | | H.H. Drawing from CARES | |
| 1071 | | | | | FBI Forensic Interview Video | |
| 1071a | | | | | Clip of FBI Forensic Interview Video | |
| 1071b | | | | | Clip of FBI Forensic Interview Video | |
| 1071c | | | | | Clip of FBI Forensic Interview Video | |
| 1071d | | | | | Clip of FBI Forensic Interview Video | |
| 1071e | | | | | Clip of FBI Forensic Interview Video | |
| 1071f | | | | | Clip of FBI Forensic Interview Video | |
| 1071g | | | | | Clip of FBI Forensic Interview Video | |
| 1071h | | | | | Clip of FBI Forensic Interview Video | |
| 1072 | | | | | Transcript of FBI Forensic Interview | |
| 1072a | | | | | Excerpt of Transcript of FBI Forensic Interview | |
| 1072b | | | | | Excerpt of Transcript of FBI Forensic Interview | |
| 1072c | | | | | Excerpt of Transcript of FBI Forensic Interview | |
| 1072d | | | | | Excerpt of Transcript of FBI Forensic Interview | |
| 1072e | | | | | Excerpt of Transcript of FBI Forensic Interview | |
| 1072f | | | | | Excerpt of Transcript of FBI Forensic Interview | |
| 1072g | | | | | Excerpt of Transcript of FBI Forensic Interview | |
| 1072h | | | | | Excerpt of Transcript of FBI Forensic Interview | |
| 1073 | | | | | Anatomical Drawings from FBI Forensic Interview | |
| 1074 | | | | | Certified copy of Arrest Warrant from Shoshone County, ID | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1075 | 10/26 | X | | AOM | Photo Exhibit from Blaine County Custody Case | |
| 1076 | 10/26 | X | | AOM | Certified copy of petition for custody | |
| 1077 | 10/26 | X | | AOM | Certified copy of Order on custody | |
| 1078 | 10/28 | X | | AOM | Verizon Wireless records with 902(11) certification | |
| 1079 | | | | | Certified copy of ITD vehicle registration records | |
| 1080 | 10/27 | X | | AOM | Certified copy of Deed of Trust for Shoshone residence | |
| 1081 | | | | | E-mails to/from Craig Hadden | |
| 1082 | 10/27 | X | | AOM | Listing Sheet for 159 East 620 North, Shoshone, ID | |
| 1083 | 10/26 | X | | Demonstrative | Calendar (demonstrative) | |
| 1084 | 10/28 | | | Demonstrative | Video of Google Earth Search (demonstrative) | |
| 1085 | 10/28 | X | | AOM | Summary chart of URLs on Apple Laptop | |
| 1086 | 10/26 | X | | AOM | Drawing H.H. gave to L.T. on 5/12/13 | |
| 1087 | 10/26 | X | | AOM | Photo of Inside of Green suitcase | |
| 1088 | 10/26 | X | | AOM | ASTAK wireless network camera | |
| 1089 | 10/27 | X | | AOM | Check from Hadden Realty for purchase of Truck $7,000 10/10/2013 | |
| 1090 | 10/26 | | Rel | AOM | Photo of ~~Defendant and Tattoo on 12/9/12~~ Limiting Instruction | Identification |
| 1090a | 10/27 | X | | AOM | EXIF Data | |
| 1090b | 10/28 | X | | AOM | Google Earth printout | |
| 1091 | 10/26 | X | | AOM | Photo of Defendant and Tattoo on 12/9/12 | |
| 1091a | 10/27 | X | | AOM | EXIF Data | |
| 1091b | 10/28 | X | | AOM | Google Earth printout | |
| 1092 | 10/26 | X | | AOM | Photo of Tattoo on 12/9/12 | |
| 1092a | 10/27 | X | | AOM | EXIF Data | |
| 1092b | 10/28 | X | | AOM | Google Earth printout | |
| 1093 | 10/27 | X | | AOM | Photo of HH on 12/9/12 | |
| 1093a | 10/27 | X | | AOM | EXIF Data | |
| 1093b | 10/28 | X | | AOM | Google Earth printout | |
| 1094 | 10/27 | X | | AOM | Promissory Note for Shoshone residence | |
| | | | | | | |
| 1072i | | | | | Portion of Transcript of FBI Forensic Interview | |